No. 976. McGee et al. v. Baxter. May 25, 1936. Petition for writ of certiorari to the Circuit Court of

Appeals for the Eighth Circuit denied. *Mr. Charles T. Coleman* for petitioners. *Mr. Lamar Williamson* for respondent.